# United States District Court

WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| James White | **JUDGMENT IN A CIVIL CASE** |
| | CASE NUMBER: 05-CV-545 |
| v. | |
| Gary Greene, Superintendent | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the writ of habeas corpus pursuant to 28 U.S.C. section 2254 is denied and the Petition is dismissed.  Further, a certificate of appealability is denied.

Date: May 25, 2010                                     MICHAEL J. ROEMER, CLERK


                                                     By:   s/Deborah M. Zeeb
                                                               Deputy Clerk